IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ELI DANIEL BOSWORTH, # 412358**            **PLAINTIFF**

v.            **CAUSE NO. 1:18CV407-LG-RHW**

**KENNETH CUNNINGHAM and
ANGELA L. FRENCH**            **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and obey Court Orders.

**SO ORDERED AND ADJUDGED** this the 15th day of July, 2019.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE